No. 96–8926. CARSON *v.* CHARTER MEDICAL. C. A. 9th Cir. Certiorari denied.

No. 96–8927. DELONG *v.* CITY OF STRONGSVILLE ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–8929. DRAKE *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 96–8930. DAVIS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–8943. MCKNIGHT *v.* MISSOURI DIVISION OF FAMILY SERVICES ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–8945. MORGAN *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–8946. RAKOV *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–8958. MCINTYRE *v.* CARTER, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–8963. JARRETT *v.* TOXIC ACTION WASH ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–8964. JOHNSON *v.* WELBY ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–8965. MCKINNEY *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–8966. CHAMBERS *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 96–8967. BELL *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–8969. SALES *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 96–8970. HARRIS *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.